UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anthony Puglia,

                Plaintiff,

-against-

Metro-North Commuter Railroad,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/10/2022

1:21-cv-07938 (LJL) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The settlement conference scheduled before Magistrate Judge Stewart Aaron on Wednesday, February 16, 2022 at 2:00 p.m. is hereby adjourned.

No later than February 17, 2022, the parties jointly shall submit three proposed dates for a settlement conference after April 11, 2022 (in accommodation of the Court's schedule) by email to Aaron_NYSDChambers@nysd.uscourts.gov.

**SO ORDERED.**

Dated:     New York, New York
            February 10, 2022

_____
STEWART D. AARON
United States Magistrate Judge