UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anthony Puglia,

                              Plaintiff,

       -against-

Metro-North Commuter Railroad,

                             Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/17/2022

1:21-cv-07938 (LJL) (SDA)

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

       A settlement conference is scheduled before Magistrate Judge Stewart Aaron on April 27, 2022, at 11:00 a.m. No later than April 15, 2022, the parties shall file a joint letter advising the Court whether the parties would like the settlement conference to proceed in person or remotely by telephone or alternative remote means to be provided by the parties, such as by video.

       The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

Dated:      New York, New York
              February 17, 2022

                                                     _____
                                                     STEWART D. AARON
                                                     United States Magistrate Judge